UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>ERIC MUNOZ, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C21-1640JLR<br><br>ORDER |

Before the court is United States Magistrate Judge Theresa L. Fricke's report and recommendation. (R&R (Dkt. # 14).) Magistrate Judge Fricke recommends that the court dismiss this prisoner civil rights action without prejudice prior to service for failure to state a claim upon which relief may be granted. (*Id.* at 1.) Plaintiff Daniel Teklemariam Hagos, who is proceeding *pro se* in this matter, filed a document entitled "Ineffective Assistance of Counsel Claim," which the court construes as a timely objection to Magistrate Judge Fricke's report and recommendation. (*See* Obj. (Dkt.

ORDER - 1

# 15).) Having carefully reviewed all of the foregoing, the balance of the record, and the applicable law, the court ADOPTS Magistrate Judge Fricke's report and recommendation and DISMISSES Mr. Hagos's amended complaint without prejudice.

In relevant part, Magistrate Judge Fricke determined that Mr. Hagos's 42 U.S.C. § 1983 complaint named an improper defendant, Emma Carlin, who represented him as a state public defense attorney. (R&R at 5 (first citing *Polk County v. Dodson*, 454 U.S. 312, 324-25 (1981) (holding that "a public defender does not act under color of state law when performing a lawyer's traditional functions as counsel to a defendant in a criminal proceeding"); and then citing *Miranda v. Clark County*, 319 F.3d 465, 468 (9th Cir. 2002) (en banc) (dismissing state prisoner's § 1983 claims against his public defender and the head of the public defender's office).) Magistrate Judge Fricke also noted that even if Ms. Carlin were a state actor for the purposes of a § 1983 claim, a finding that her assistance was ineffective would necessarily interfere with Mr. Hagos's ongoing state-court criminal proceedings and the court would, therefore, likely be required to abstain from deciding the issue under *Younger v. Harris*, 401 U.S. 337, 45, 46 (1971). (*See* R&R at 5; *see also id*. at 4-5 (discussing *Younger* abstention).)

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.*; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Upon review, "[a] judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C.

§ 636(b)(1). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *Reyna Tapia*, 328 F.3d at 1121.

Here, Mr. Hagos objects to Magistrate Judge Fricke's recommendation to dismiss his ineffective assistance of counsel claim against Ms. Carlin. (*See generally* Obj.) In his objections, Mr. Hagos explains his understanding of the contours of the Sixth Amendment right to effective assistance of counsel and describes acts by Ms. Carlin that he believes constitute ineffective assistance of counsel. (*See generally id.*) His cited cases, however, arose in the context of state and federal habeas corpus actions rather than in civil rights cases brought under § 1983. (*See generally id.*) Mr. Hagos has not brought to the court's attention any authority that calls into doubt Magistrate Judge Fricke's conclusion that his § 1983 claim against his public defender is foreclosed under *Polk County*. (*See generally id.*; see R&R at 5 (citing *Polk County*, 454 U.S. at 324-25).) Therefore, on de novo review, the court DENIES Mr. Hagos's objections (Dkt. # 15); ADOPTS Magistrate Judge Fricke's report and recommendation (Dkt. # 14); and DISMISSES Mr. Hagos's amended complaint (Dkt. # 9) without prejudice.

Dated this 12th day of April, 2022.

JAMES L. ROBART
United States District Judge